COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-06-286-CV

IN RE BOTTLING GROUP, L.L.C. RELATORS

D/B/A PEPSI BOTTLING GROUP OR 

PEPSI-COLA BOTTLING GROUP AND 

NEW BERN TRANSPORT CORP, 

F/K/A NB TRANSPORT, INC.

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus and motion for emergency stay and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus and motion for emergency stay are denied.

Relators shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL A: DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED: August 25, 2006

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.